Abel Acosta
Supreme Court Bldg
201 w. 14th St. Rm.406
P.o. Box 12308
Austin Tx. 78711-2308

28,809-03

My name is Marlon Deon Smith #692318 and Im currently incarcerated at the John B. Connally Unit, 899 FM 632, Kenedy Tx. 78119.

Im writing with the hopes of you being able to assist me with providing the writs of habeas corpus' I than ever filed in cause no 94-3614. Throughout the years, my property has been destroyed which held all of my legal work. As of now, I've discovered some things and it's an requirement for me to know the writ number, along with the dates the writs were filed on.

Im requesting for you to please send me a copy of the documents you have concerning this matter.

Thank you for your time and concern,

Marlon Smith. #692318

Executed on: December 18, 2014

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk